Connally et al v. Phyllis's Giant Burger et al. Doc. 3

Case 3:07-cv-02410-SI    Document 3    Filed 05/07/2007    Page 1 of 1

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, | No. 07-2410 EMC |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| PHYLLIS'S GIANT BURGER, et al., | |
| Defendants. | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: May 7, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge